1 Elizabeth P. Hodes, AK Bar No. 0511108
DAVIS WRIGHT TREMAINE LLP
2 188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
3 Phone: (907) 257-5300
ElizabethHodes@dwt.com
4
Attorneys for CITC Enterprises, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Michael Pannone,<br><br>        Plaintiff,<br><br>vs.<br><br>CITC Enterprises, Inc.,<br><br>        Defendant. | Case No. 3AN-24-08195CI |

**NOTICE TO THE COURT OF REMOVAL OF ACTION**

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States Court for the District of Alaska. This notice is provided pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal without attachments is attached hereto as **Exhibit A**. Accordingly, this lawsuit has been removed from this Court to the United States District Court for the District of Alaska. This removal terminates all proceedings in this Court unless and until the case is remanded. *See* 28 U.S.C. § 1446(d).

DATED this ___ day of October, 2024.

                                Davis Wright Tremaine LLP
                                Attorneys for CITC Enterprises, Inc.

                                By _____
                                    Elizabeth P. Hodes, AK Bar No. 0511108

Certificate of Service

On the ___ day of October, 2024, a true and correct copy of the foregoing document was served via email on the following counsel of record:

Isaac Zorea
Attorney & Counselor at Law
PO Box 90844
Anchorage AK 99509
izorea.law@gmail.com

By:_____
      Alyssa Robl

NOTICE TO THE COURT OF REMOVAL OF ACTION     Page **2** of **2**
*Michael Pannone v. CITC Enterprises, Inc.,* Case No. 3AN-24-08195CI
4874-3582-0780v.1 0124359-000001

Case 3:24-cv-00220    Document 1-1    Filed 10/14/24    Page 2 of 2    Exhibit A, Page 2 of 2