Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # [redacted]
DWT.COM

CITC Enterprises, Inc.
[redacted]

August 29, 2025
Invoice #7186427

CITC Legal
[redacted]

**Matter Name**: Michael Pannone Litigation
**Firm Matter Number**: 0124359.000001
**DWT Attorney**: Elizabeth Hodes (elizabethhodes@dwt.com)

## Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | [redacted] |
| Total Current Costs | |
| **Total Amount Due This Invoice** | $ [redacted] |

### Professional Fees Rendered:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] and forensic review of devices |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 07/25/25 | K. Graham | 3.00 | 1,635.00 | [redacted] conference with forensic investigator regarding forensic (0.4); draft follow-up communication to opposing counsel regarding next steps in discovery and scheduling forensic review (0.4) |
| 07/26/25 | E. Hodes | 0.20 | 143.00 | Review and consider email from plaintiff and information regarding Deep Forest communications [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07/29/25 | M. Olson | 2.00 | 1,000.00 | [redacted] |
| 07/29/25 | C. Jutamakasame | 0.10 | 36.50 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| **TOTAL** | | [redacted] | [redacted] | |

**COSTS:**

| NARRATIVE | AMOUNT |
|---|---|
| [redacted] | |
| **TOTAL COSTS** | [redacted] |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Hodes, E. | [redacted] | $715.00 | [redacted] |
| **Total for Partner** | [redacted] | | [redacted] |
| **ASSOCIATE** | | | |
| Graham, K. | [redacted] | $545.00 | [redacted] |
| Olson, M. | [redacted] | $500.00 | [redacted] |
| **Total for Associate** | [redacted] | | [redacted] |
| **PARALEGAL** | | | |
| Jutamakasame, C. | [redacted] | $365.00 | [redacted] |
| **Total for Paralegal** | [redacted] | | [redacted] |
| **TOTAL** | [redacted] | | [redacted] |

**TOTAL AMOUNT DUE THIS INVOICE** $ [redacted]

Davis Wright Tremaine LLP

# REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

CITC Enterprises, Inc.
[redacted]

August 29, 2025
Invoice #7186427

**Matter Name**: Michael Pannone Litigation
**Firm Matter Number**: 0124359.000001
**DWT Attorney**: Elizabeth Hodes (elizabethhodes@dwt.com)

## Invoice for Fees and Costs

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | **$** [redacted] |

To ensure proper credit to your account,
please include remittance with your payment.

Davis Wright Tremaine LLP

# PAYMENT INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (7186427) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email [redacted] to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
[redacted]

**Federal Tax ID** [redacted]

[redacted]

[redacted]

**Reference Information**

| | |
|---|---|
| Firm Matter Number: | 0124359.000001 |
| DWT Attorney: | Elizabeth Hodes<br>elizabethhodes@dwt.com |

To ensure proper credit to your account,
please include remittance with your payment.

Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # [redacted]
DWT.COM

CITC Enterprises, Inc.
[redacted]

October 10, 2025
Invoice #7195680

CITC Legal
[redacted]

**Matter Name**: Michael Pannone Litigation
**Firm Matter Number**: 0124359.000001
**DWT Attorney**: Elizabeth Hodes (elizabethhodes@dwt.com)

## Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | [redacted] |
| Total Current Costs | [redacted] |
| **Total Amount Due This Invoice** | $ [redacted] |

### Professional Fees Rendered:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/04/25 | K. Graham | 2.80 | 1,526.00 | [redacted] exchange communication with opposing counsel regarding forensic review, including details of review and timing (.8) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 08/05/25 | K. Graham | 0.30 | 163.50 | Follow-up with opposing counsel regarding forensic review |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/06/25 | K. Graham | 4.00 | 2,180.00 | Review and prepared detailed response to correspondence from opposing counsel regarding forensic review (2.0); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/06/25 | P. Vecera | 0.40 | 252.00 | Provide analysis and input to K. Graham regarding forensic review and related proposals to opposing counsel to help ensure draft communications are clear and appropriately scoped for the situation |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/08/25 | K. Graham | 0.40 | 218.00 | Exchange additional correspondence with opposing counsel regarding arrangement of forensic review and modifications to confidentiality agreement |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/11/25 | K. Graham | 2.20 | 1,199.00 | [redacted] exchange communication with opposing counsel regarding scheduled forensic review (.5) |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/12/25 | K. Graham | 2.90 | 1,580.50 | Attend forensic review of plaintiff's devices |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/13/25 | K. Graham | 0.10 | 54.50 | Follow-up correspondence regarding continued forensic review |
| 08/14/25 | E. Hodes | 0.20 | 143.00 | [redacted] |
| 08/14/25 | K. Graham | 2.80 | 1,526.00 | Attend second forensic review (2.5); revise affidavit of plaintiff to confirm all devices and accounts have been presented for review (.3) |
| 08/14/25 | M. Olson | 1.60 | 800.00 | Review and prepare information regarding imaging of Pannone's personal devices to help inform affidavits to describe same (1.5); provide additional content for proposed affidavit for Pannone to sign regarding devices images and correspondence related thereto (0.1) |
| 08/15/25 | E. Hodes | 0.80 | 572.00 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/18/25 | E. Hodes | 0.70 | 500.50 | [redacted] consider latest update on forensic document collection [redacted] (0.1) |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/19/25 | K. Graham | 2.90 | 1,580.50 | Conference with M. Merchant regarding status of forensic review (.5); [redacted] finish reply brief to motion for attorneys including additional information regarding forensic review to add content based on personal knowledge of recent communications and events (1.0) |
| 08/19/25 | M. Olson | 2.10 | 1,050.00 | Continue compiling and preparing information for motion practice to address Pannone's spoliation of evidence (1.9); [redacted] |
| 08/21/25 | E. Hodes | 1.10 | 786.50 | Evaluate status of Deep Forest activity and prepare outline for key focus of document review and anticipated spoliation motion in light of information regarding legion activity (0.4); develop [redacted] Deep Forest review, [redacted] (0.3); [redacted], [redacted] communications regarding forensic review and [redacted] make decisions for K. Graham follow-up communications/responses to opposing counsel (0.4) |
| 08/21/25 | K. Graham | 0.70 | 381.50 | Conference with M. Merchant regarding initial data from forensic review (.4); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/22/25 | K. Graham | 0.40 | 218.00 | Draft follow-up correspondence to opposing counsel regarding remaining tasks for forensic review |
| 08/22/25 | M. Olson | 2.60 | 1,300.00 | [redacted] and sanctions rulings [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 08/27/25 | E. Hodes | 0.10 | 71.50 | Further direct ongoing efforts to complete discovery in connection with Deep Forest review |
| 08/27/25 | K. Graham | 0.10 | 54.50 | Conference with M. Merchant regarding status of forensic review |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **TOTAL** | | [redacted] | [redacted] | |

**COSTS:**

| NARRATIVE | AMOUNT |
|---|---|
| [redacted] | |
| **TOTAL COSTS** | [redacted] |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Hodes, E. | [redacted] | $715.00 | [redacted] |
| **Total for Partner** | [redacted] | | [redacted] |
| **ASSOCIATE** | | | |
| Graham, K. | [redacted] | $545.00 | [redacted] |
| Olson, M. | [redacted] | $500.00 | [redacted] |
| **Total for Associate** | [redacted] | | [redacted] |
| **OF COUNSEL** | | | |
| Vecera, P. | [redacted] | $630.00 | [redacted] |
| **Total for Of Counsel** | [redacted] | | [redacted] |
| **PARALEGAL** | | | |
| [redacted] | | | |
| **OTHER PROFESSIONAL** | | | |
| [redacted] | | | |
| **TOTAL** | [redacted] | | [redacted] |

**TOTAL AMOUNT DUE THIS INVOICE** $ [redacted]

Davis Wright Tremaine LLP

# REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

CITC Enterprises, Inc.
[redacted]

October 10, 2025
Invoice #7195680

**Matter Name**: Michael Pannone Litigation
**Firm Matter Number**: 0124359.000001
**DWT Attorney**: Elizabeth Hodes (elizabethhodes@dwt.com)

**Invoice for Fees and Costs**

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | **$** | [redacted] |

To ensure proper credit to your account,
please include remittance with your payment.

Davis Wright Tremaine LLP

# PAYMENT INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (7195680) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email [redacted] to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
[redacted]

**Federal Tax ID** [redacted]

[redacted]

[redacted]

**Reference Information**

| | |
|---|---|
| Firm Matter Number: | 0124359.000001 |
| DWT Attorney: | Elizabeth Hodes<br>elizabethhodes@dwt.com |

To ensure proper credit to your account,
please include remittance with your payment.

Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # [redacted]
DWT.COM

CITC Enterprises, Inc.
[redacted]

October 28, 2025
Invoice #7199623

CITC Legal
[redacted]

**Matter Name**: Michael Pannone Litigation
**Firm Matter Number**: 0124359.000001
**DWT Attorney**: Elizabeth Hodes (elizabethhodes@dwt.com)

## Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | [redacted] |
| Total Current Costs | |
| **Total Amount Due This Invoice** | **$** [redacted] |

**OUTSTANDING INVOICES FOR THIS MATTER AS OF: OCTOBER 28, 2025**

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---|---|---|---|
| 7195680 | 10/10/25 | [redacted] | [redacted] | | [redacted] |
| **Previous Balance Total** | | | | | [redacted] |
| 7199623 (This Invoice) | 10/28/25 | [redacted] | | | [redacted] |
| **Total Due This Matter** | | | | | [redacted] |

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | |

To ensure proper credit to your account,
please include remittance with your payment.

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 09/02/25 | E. Hodes | 0.60 | 429.00 | Exchange various email correspondence with opposing counsel and evaluate new information regarding Pannone's affidavit and additional devices (0.3); consider latest report from Deep Forest regarding status of document collection and deletion activity to develop plan for addressing same (0.2); direct next steps by M. Olson to facilitate follow up and make decisions regarding timing of Deep Forest activity to coordinate with new device disclosures (0.1) |
| 09/02/25 | M. Olson | 2.90 | 1,450.00 | [redacted] confer with M. Merchant of Deep Forest regarding status of device review and additional review still needed (0.5) |
| 09/03/25 | E. Hodes | 0.40 | 286.00 | Exchange various email correspondence with opposing counsel regarding review of additional devices disclosed by plaintiff (0.2); email exchanges with M. Olson and M. Merchant to help facilitate follow up by Deep Forest (0.2) |
| 09/03/25 | M. Olson | 0.70 | 350.00 | Analyze and draft correspondence regarding additional Deep Forest device review (0.2); confer with M. Merchant at Deep Forest regarding device review (0.2); review and draft correspondence regarding strategy for addressing plaintiff's spoliation activity (0.3) |
| 09/04/25 | E. Hodes | 0.70 | 500.50 | Exchange various email correspondence with opposing counsel to coordinate examination of additional devices disclosed by plaintiff (0.4); exchange various emails with correspondence with M. Merchant at Deep Forest to supplement and add to communication by M. Olson coordinating device collection and confirming information for communication with opposing counsel (0.3) |
| 09/04/25 | M. Olson | 0.40 | 200.00 | Analyze and draft correspondence regarding additional Deep Forest device review to assist with coordinating same |
| 09/05/25 | E. Hodes | 1.50 | 1,072.50 | [redacted] evaluate issues surrounding plaintiff's arrival with only one of three devices ready for handoff and make decisions regarding management of same and next steps (0.3); evaluate affidavit against photos of devices collected to inform communications with opposing counsel and decisions regarding spoliation motion (0.2); [redacted] weigh in on discussions with M. Merchant at Deep Forest regarding follow up meeting to gather final device (0.1) |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 09/05/25 | M. Olson | 4.20 | 2,100.00 | [redacted] confer with M. Merchant and plaintiff regarding review of additional devices (0.8); draft correspondence to opposing counsel concerning review of cell phone (0.5); [redacted] |
| 09/06/25 | M. Olson | 0.10 | 50.00 | Review correspondence from M. Merchant regarding updates on Deep Forest review |
| 09/07/25 | M. Olson | 2.10 | 1,050.00 | Draft M. Merchant affidavit, conduct research on spoliation, including remedies for intentional deletion under FRCP 37(e)(2)(C) |
| 09/08/25 | E. Hodes | 0.30 | 214.50 | Evaluate ongoing updates coordinating phone collection [redacted] |
| 09/08/25 | M. Olson | 5.30 | 2,650.00 | Draft spoliation motion (2.5); conduct research regarding legal standard for ESI spoliation (1.5); confer with M. merchant, colleagues, and opposing counsel regarding scheduling follow-up forensic review of plaintiff's phone and draft correspondence regarding the same (0.8); revise M. Merchant affidavit (0.5) |
| 09/09/25 | E. Hodes | 0.20 | 143.00 | Evaluate ongoing issues and information regarding plaintiff's phone imaging to provide input on managing plaintiff's demands and documenting events |
| 09/09/25 | M. Olson | 3.80 | 1,900.00 | Confer with M. Merchant regarding forensic review of phone (0.4); revise M. Merchant affidavit (0.5); continue drafting spoliation motion and supporting documents (affidavits, proposed order) (0.8); continue conducting research [redacted] for spoliation activities (1.1); attend phone exchange meetings with M. Merchant and plaintiff to forensically image phone (0.6); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 09/10/25 | M. Olson | 7.70 | 3,850.00 | Revise M. Merchant affidavit and confer with him regarding the same (2.6); revise affidavit of counsel (1.0); review potential exhibits ISO motion and identify the same (0.8); confer with A. Robl regarding the same (0.1); finish drafting spoliation motion, [redacted] and conducting research related to legal standard for dismissal for spoliation activity; review, revise and finalize proposed motion, affidavits, supporting exhibits, and proposed order (3.2) |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
| --- | --- | --- | --- | --- |
| 09/11/25 | E. Hodes | 0.80 | 572.00 | Evaluate content draft of sanctions affidavits and motion to further develop strategy on timing for filing and content needed to develop [redacted] |
| 09/11/25 | M. Olson | 0.20 | 100.00 | Draft and review correspondence regarding spoliation motion |
| 09/12/25 | E. Hodes | 1.10 | 786.50 | Communication with K. Olanna and A. Robl to approve motion filing (0.1); further plan content for spoliation motion [redacted] in light of ongoing updates (0.2); evaluate status of Deep Forest forensic review and prepare proposed timing/task list to facilitate M. Olson communications with M. Merchant and opposing counsel and to determine deposition timing for purposes of communication with court reporter (0.4); consider further information from M. Merchant [redacted] (0.1); evaluate new information regarding download of deletion software and deletion activity for discussion during oral argument (0.3) |
| 09/12/25 | M. Olson | 2.90 | 1,450.00 | Provide information to E. Hodes and seek input regarding [redacted] spoliation motions to inform [redacted] decisions regarding timing and content of same in light of developing events (0.5); [redacted]; confer with M. Merchant regarding Deep Forest review [redacted] (0.3); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/14/25 | C. Jutamakasame | 0.10 | 36.50 | Confirm task for processing and reviewing of upcoming forensic review documents with M. Olson |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/15/25 | M. Olson | 6.30 | 3,150.00 | Finish drafting outline for [redacted] key points regarding spoliation (4.5); begin revising spoliation motion in light of feedback about content likely deleted (1.3); communications with M. Merchant and E. Hodes regarding plaintiff contacts with M. Merchant and draft correspondence to opposing counsel regarding the same (0.5) |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/16/25 | M. Olson | 6.30 | 3,150.00 | Continue drafting and updating spoliation motion, including argument section and factual background, and review motions to compel and for sanctions in regard to portions thereof to include in spoliation motion (as they relate to what evidence we were looking for in forensic review that was likely deleted) to account for new information and status of events in connection with forensic review efforts (5.7); revise affidavits of M. Merchant and counsel in light of recent events [redacted] (0.6) |
| 09/17/25 | E. Hodes | 2.90 | 2,073.50 | [redacted] attend oral argument, including debrief with K. Olanna and further consideration of sanctions motion practice timing (1.8); [redacted] |
| 09/17/25 | M. Olson | 3.20 | 1,600.00 | Prepare additional content for spoliation motion (.6); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/19/25 | E. Hodes | 0.70 | 500.50 | Analyze issues raised by Deep Forest regarding document disclosures and respond to questions regarding disclosure timing (0.2); exchange various email correspondence with opposing counsel regarding withholding non-privileged documents in an effort to resolve concerns (0.5) |
| 09/19/25 | M. Olson | 2.80 | 1,400.00 | Draft correspondence regarding preparation for receipt of forensic materials, phone conferences with M. Merchant regarding status of transfer and plaintiff's privilege claims, [redacted] regarding response to opposing counsel's privilege claims and failure to produce privilege log; review correspondence regarding plaintiff's privilege claims (1.0); [redacted] |
| 09/20/25 | M. Olson | 0.40 | 200.00 | Phone conference with M. Merchant regarding forensic production (0.2); draft and review correspondence regarding the same (0.2) |
| 09/21/25 | M. Olson | 0.10 | 50.00 | Draft correspondence regarding forensic review |
| 09/22/25 | E. Hodes | 1.20 | 858.00 | Review and consider motion filed by plaintiff regarding privilege log and withheld documents (0.2); attend conference with M. Merchant regarding Deep Forest questions for opposing counsel (0.5); conference with M. Merchant and opposing counsel regarding same (0.5) |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 09/22/25 | M. Olson | 2.10 | 1,050.00 | Phone conferences with E. Hodes, I. Zorea, and M. Merchant regarding resolution of forensic production issues (1.0); review motion regarding privilege filed by opposing counsel while preparing notes on issues for opposition and in light of various discussions with M. Merchant (0.8); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/23/25 | E. Hodes | 0.40 | 286.00 | Evaluate additional communications from opposing counsel and M. Merchant to inform response and opposition to motion regarding documents to withhold (0.2); prepare additional content for communications to opposing counsel to facilitate ongoing negotiation of disclosures and to prepare for sanctions motion (0.2) |
| 09/23/25 | M. Olson | 1.90 | 950.00 | Draft and review correspondence with opposing counsel regarding privilege assertions, review cell phone report, phone conference with M. Merchant regarding production, [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/23/25 | B. Planchon | 0.30 | 145.50 | Prepare instructions to Practice Support on organizing report from Deep Forest into discovery database |
| 09/24/25 | E. Hodes | 0.20 | 143.00 | Evaluate and analyze options for responding to information obtained from review of excel spreadsheet disclosed as privilege log and develop strategy for streamlining and proceeding with opposition and sanction motion rather than spinning wheels in further dispute over document collection |
| 09/24/25 | M. Olson | 3.20 | 1,600.00 | Review M. Pannone's marked up forensic review Excel sheets and confer with M. Merchant regarding the same (1.2); provide summary to E. Hodes regarding contents of Excel sheets to help inform our response thereto (0.2); begin revising spoliation motion to include opposition to Pannone's privilege motion (1.8) |
| 09/24/25 | B. Planchon | 0.30 | 145.50 | Inspect xlsx files received as a "privilege log," prepare instructions to Practice Support on organizing them into team's discovery database |

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 09/25/25 | M. Olson | 6.80 | 3,400.00 | Finish revising spoliation motion (2.5); draft opposition to motion to assert privilege (0.3); revise declarations of counsel and of expert witness ISO spoliation motion (2.0); revise proposed order regarding spoliation motion (0.2); revise exhibits to spoliation motion and draft correspondence regarding the same (0.2); draft motion for expedited review and declaration of counsel and proposed order related thereto (0.9); phone conference with M. Merchant regarding revisions to declaration ISO spoliation motion (0.4); review and analyze plaintiff's modified excel sheets related to forensic review (0.3) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/25/25 | B. Planchon | 0.20 | 97.00 | Respond to query from C. Lafferty regarding chain of custody of xlsx privielge log files, appropriate Custodian value for same |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/26/25 | M. Olson | 5.10 | 2,550.00 | Finish drafting spoliation motion, opposition to plaintiff's assertion of privilege, supporting documents and declarations, and related motion papers seeking expedited consideration (3.7); confer with M. Merchant regarding final revisions to declaration ISO motion and opposition (1.1); confer with legal assistants regarding requirements for finalizing and filing motion, opposition, and supporting documents (0.3) |
| 09/29/25 | M. Olson | 0.10 | 50.00 | Review correspondence regarding spoliation motion filing, chambers copy delivery |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/30/25 | M. Olson | 0.30 | 150.00 | Review and draft correspondence regarding oral argument on spoliation motion |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **TOTAL** | | [redacted] | [redacted] | |

**COSTS:**

| NARRATIVE | AMOUNT |
|---|---|
| [redacted] | |

| NARRATIVE | AMOUNT |
|---|---|
| [redacted] | |
| Professional services - DIGITAL SECURUS LLC - 09/08/2025, Forensic Review of Electronic Devices, per Mackenzie Olson - 02 - 010 | 6,621.00 |
| [redacted] | |
| **TOTAL COSTS** | [redacted] |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Hodes, E. | [redacted] | $715.00 | [redacted] |
| **Total for Partner** | [redacted] | | [redacted] |
| **ASSOCIATE** | | | |
| Olson, M. | [redacted] | $500.00 | [redacted] |
| **Total for Associate** | [redacted] | | [redacted] |
| **PARALEGAL** | | | |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Planchon, B. | [redacted] | $485.00 | [redacted] |
| **Total for Paralegal** | [redacted] | | [redacted] |
| **TOTAL** | [redacted] | | [redacted] |

**TOTAL AMOUNT DUE THIS INVOICE** $ [redacted]

Davis Wright Tremaine LLP

# REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

CITC Enterprises, Inc.
[redacted]

October 28, 2025
Invoice #7199623

**Matter Name**: Michael Pannone Litigation
**Firm Matter Number**: 0124359.000001
**DWT Attorney**: Elizabeth Hodes (elizabethhodes@dwt.com)

**Invoice for Fees and Costs**

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | **$** | [redacted] |
| **PRIOR OUTSTANDING BALANCE** | **$** | [redacted] |
| **TOTAL AMOUNT DUE** | **$** | [redacted] |

To ensure proper credit to your account,
please include remittance with your payment.

Davis Wright Tremaine LLP

# PAYMENT INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (7199623) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email [redacted] to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
[redacted]

**Federal Tax ID** [redacted]

[redacted]

[redacted]

**Reference Information**

| | |
|---|---|
| Firm Matter Number: | 0124359.000001 |
| DWT Attorney: | Elizabeth Hodes<br>elizabethhodes@dwt.com |

To ensure proper credit to your account,
please include remittance with your payment.

Title: Time Detail
Date: 11/10/2025, 5:37:18 PM
Filters:

Worked Date: Last Month
WIP Status: WIP (W), Prebill (P), Billed (B), Cosmetic (C)
Matter: CITC Enterprises, Inc. (0124359)Michael Pannone Litigation (000001)

| Timekeeper | Client | Matter | Worked Date | Worked Hours [redacted] | Worked Amount [redacted] | Time Narrative |
|---|---|---|---|---|---|---|
| Hodes, Elizabeth (0981) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/1/2025 | 0.60 | $429.00 | Provide further direction and input for communications with court and related filings regarding expedited oral argument on motion for sanctions to reschedule argument (0.3); modify declaration in support of filings (0.2); consider order and modify calendar to account for same (0.1) |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/1/2025 | 1.90 | $950.00 | Draft and review correspondence re opposition to spoliation motion, reply, and hearing; confer with M. Merchant regarding the same |
| Hodes, Elizabeth (0981) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/3/2025 | 0.20 | $143.00 | Further planning for management of opposition brief, reply, and oral argument |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/3/2025 | 0.20 | $100.00 | Draft and review correspondence regarding Deep Forest payment and opposition filing |
| Hodes, Elizabeth (0981) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/4/2025 | 0.30 | $214.50 | Review and consider opposition filings [redacted] |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/4/2025 | 0.70 | $350.00 | Review plaintiff's opposition brief and supporting materials (affidavit) filed in re spoliation motion |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/5/2025 | 2.70 | $1,350.00 | Draft reply brief ISO spoliation motion and draft related correspondence |
| Hodes, Elizabeth (0981) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/6/2025 | 0.70 | $500.50 | [redacted] [redacted] (0.1); review and edit reply brief for filing (0.2); review and consider order rescheduling hearing [redacted] (0.1); [redacted] (0.3) |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/6/2025 | 1.80 | $900.00 | Revise reply brief and revise supporting declarations in relation thereto; [redacted] confer with M. Merchant regarding reply and plaintiff's opposition briefing |
| Hodes, Elizabeth (0981) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/7/2025 | 1.70 | $1,215.50 | Prepare for oral argument (.4); attend oral argument (1.1); provide follow up direction and information to M. Merchant regarding next steps in light of hearing (.2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/7/2025 | 2.00 | $1,000.00 | Confer with M. Merchant re spoliation hearing; [redacted]; prepare for hearing attend hearing |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/8/2025 | 0.50 | $250.00 | Review correspondence summarizing hearing on spoliation motion; draft and review correspondence regarding scheduling time to return plaintiff's devices subjected to Deep Forest forensic review |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Olson, Mackenzie (8469) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/15/2025 | 3.40 | $1,700.00 | Attend evidence exchange for remaining items from Deep Forest forensic review; [redacted] |
| Hodes, Elizabeth (0981) | CITC Enterprises, Inc. (0124359) | Michael Pannone Litigation (000001) | 10/16/2025 | 0.30 | $214.50 | Review court order on sanctions to analyze impact on case and upcoming deadlines (0.2); [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |